LF:TK
F.#2008R00841

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

SHAWN FIRTH,

               Defendant.

- - - - - - - - - - - - - - - - - X

INDICTMENT

CR No 08 506
(T. 18, U.S.C., §§ 2250 and 3551 et seq.)

DEARIE, CH. J.

LEVY, M.J

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUL 24 2008 ★
BROOKLYN OFFICE

THE GRAND JURY CHARGES:

On or about and between January 4, 2008 and June 24, 2008, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant SHAWN FIRTH, an individual required to register under the Sex Offender Registration and Notification Act, who traveled in interstate commerce, did knowingly and intentionally fail to register and update a registration as required by the Sex Offender Registration and Notification Act.

(Title 18, United States Code, Section 2250 and 3551 et seq.)

                                                      A TRUE BILL

                                                      [redacted]
                                                      FOREPERSON

BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: [signature] Paul Schoeman
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F. #2008R00680
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

## THE UNITED STATES OF AMERICA

*vs.*

*Shawn Firth,*

Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 2250 and 3551 et seq.)

*A true bill.*

_____ *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____ *Clerk*

*Bail, $* _____

*Todd Kaminsky, Assistant U.S. Attorney (718-254-6367)*

# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Shawn Firth**
2. Related Magistrate Docket Number(s): M-08-438

3. Arrest Date:  **6/24/08**
4. Nature of offense(s):  ☒   Felony
   ☐   Misdemeanor

   FILED
   IN CLERK'S OFFICE
   U.S. DISTRICT COURT E.D.N.Y
   * 24 2008 *
   BROOKLYN OFFICE

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules):   None

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: Queens
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

BENTON J. CAMPBELL
UNITED STATES ATTORNEY

By:   _____
Todd Kaminsky
Assistant U.S. Attorney
718-254-6367

Rev. 3/22/01

08cr506
RJD
RML